UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CARLOS VAZQUEZ RIVERA

Debtor(s)

CASE NO. 09-08993-EAG

CHAPTER 13

## MOTION ON DEBTOR'S NEW ADDRESS

TO THE HONORABLE COURT:

COMES NOW Alejandro Oliveras Rivera, Chapter 13 trustee in the instant case and very respectfully

ALLEGE, STATES and PRAYS:

1. Debtor(s) has(ve) adviced us in writing that his/her/their new mailing address, is the following:

PO BOX 3504 PMB 131
MERCEDITA, PR  00715

WHEREFORE it is prayed for this honorable Court to note the above.

I HEREBY CERTIFY that a true and exact copy of the present motion was sent via electronic to debtor(s) attorney.

At San Juan, Puerto Rico this, 11/07/2013.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA, TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521
CAC - AB